Joseph R. Manning, Jr., Esq. (State Bar No. 223381)
**MANNING LAW, APC**
20062 S.W. Birch Street, Suite 200
Newport Beach, CA 92660
Office: (949) 200-8755
ADAPracticeGroup@manninglawoffice.com

Attorneys for Plaintiff: ANTHONY BOUYER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BOUYER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>LAXMI HOSPITALITY, LLC, a California limited liability company; and DOES 1-10, inclusive<br><br>Defendants. | CASE No.: 2:20-cv-07802-PA-AFM<br><br>**Plaintiff's Application for Default Judgment by Court as to Defendant LAXMI HOSPITALITY, LLC, a California limited liability company**<br><br>Hon. Percy Anderson<br><br>Date:   December 21, 2020<br>Time:  1:30 p.m.<br>Ctrm:  9A |

To Defendant LAXMI HOSPITALITY, LLC, a California limited liability company, and its attorneys of record, if any: Please take notice that on December 21, 2020 at 1:30 p.m. or as soon thereafter as this matter may be heard by this Court located at 350 W. 1st Street, Courtroom 9A, Los Angeles, CA 90012, Plaintiff Anthony Bouyer will present his application for default judgment against Defendant LAXMI HOSPITALITY, LLC, a California limited liability company. The Clerk has

---

PLAINTIFF'S APPLICATION FOR DEFAULT JUDGMENT

previously entered the default on Defendant LAXMI HOSPITALITY, LLC, a California limited liability company on October 16, 2020.

At the time and place of the hearing, Plaintiff will present proof of the following matters; (1) Defendant is neither a minors nor incompetent person nor in military service or otherwise exempted under the Soldier and Sailor's Relief Act of 1940; (2) Defendant has not appeared in this action; and (3) Plaintiff is entitled to judgment against Defendant on account of the claims pleaded in the complaint, to wit: a violation of the Americans with Disabilities Act, including violations of the 2010 ADAAG Sections 406.5 and 406.1.

Plaintiff seeks an Order directing Defendant to remediate and provide accessibility features that comport with the 2010 ADAAG for the property located at 20157 Ventura Blvd., Woodland Hills, CA 91363. Plaintiff further seeks $4,644.00 in attorney fees and costs as set forth in the attached declaration of Joseph R. Manning, Jr. and declaratory relief. This application is based on this notice, the declarations submitted in support of this motion, and other matters which may be presented at the hearing.

Notice of this original application for default judgment by court was served on Defendant LAXMI HOSPITALITY, LLC, a California limited liability company on November 16, 2020, by first class United States Mail, postage prepaid.

Dated: November 16, 2020    **MANNING LAW, APC**

By: /s/ *Joseph R. Manning Jr.*
Joseph R. Manning Jr., Esq.
Attorneys for Plaintiff

PLAINTIFF'S APPLICATION FOR DEFAULT JUDGMENT