JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BOUYER,<br><br>            Plaintiff,<br><br>      v.<br><br>LAXMI HOSPITALITY LLC; and DOES 1-10, inclusive,<br><br>            Defendants. | No. CV 20-7802 PA (AFMx)<br><br>JUDGMENT OF DISMISSAL |

In accordance with the Court's December 9, 2020 Order denying the Motion for Default Judgment filed by plaintiff Anthony Bouyer ("Plaintiff"), which dismissed Plaintiff's federal claim for lack of subject matter jurisdiction as a result of Plaintiff's lack of standing, and declined to exercise supplemental jurisdiction over the state law claim contained in Plaintiff's Complaint, it is HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

DATED: December 9, 2020

_____
Percy Anderson
United States District Judge